IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STACEY K. COSTELLO,<br><br>  Defendant. | **4:04CR3018**<br><br>**MEMORANDUM AND ORDER** |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. POJAR,<br><br>  Defendant. | **4:04CR3026** |

The motion of defendant Michael J. Pojar, (4:04CR3026, Filing No. 43), is granted. Stacey K. Pojar (formerly known as Stacey K. Costello) and Michael J. Pojar are permitted to have contact with one another, to include written and verbal communications, but are not permitted to communicate about the pending criminal matters.

February 6, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge