IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:04CR3018** |
| vs. | |
| STACEY K. COSTELLO, | **DETENTION ORDER** |
| Defendant. | |

The defendant is being detained pending sentencing on another case, and defendant's revocation hearing is set for the date and time of that sentencing. Accordingly, as to this case,

IT IS ORDERED:

1)      The above-named defendant shall be detained until further order.

2)      The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

February 6, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge